**AKIN GUMP STRAUSS HAUER & FELD LLP**
HYONGSOON KIM (SBN 257019)
kimh@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA  92614
Tel:   949-885-4100

COREY W. ROUSH (*pro hac vice*)
croush@akingump.com
M. ANDREW HOLTMAN (*pro hac vice*)
andy.holtman@akingump.com
J. MATTHEW SCHMITTEN (*pro hac vice*)
mschmitten@akingump.com
2001 K Street, N.W.
Washington, DC 20006-1037
Tel:   202-887-4000

STEVEN D. MASLOWSKI (*pro hac vice*)
smaslowski@akingump.com
1735 Market Street, 12th Floor
Philadelphia, PA 19103-7501
Tel: 215.965.1200

Attorneys for Defendant
BAUSCH & LOMB INCORPORATED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMAVITE, LLC, a California limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>BAUSCH & LOMB INCORPORATED, A New York corporation, and PF CONSUMER HEALTHCARE 1 LLC, a Delaware corporation;<br><br>Defendants. | Case No. 2:21-cv-09507-AB-MAA<br><br>**DEFENDANT BAUSCH & LOMB INCORPORATED'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY OR TRANSFER**<br><br>Date: June 10, 2022<br>Time: 10:00am<br>Ctrm: 7B<br>Judge: Hon. André Birotte Jr. |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 10, 2022, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 7B of the First Street U.S. Courthouse for the Central District of California Western Division, located at 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, Defendant Bausch & Lomb Incorporated ("Defendant" or "B&L") will and hereby does move the Court to dismiss the Complaint or, in the alternative, to stay or transfer, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1404 on the grounds that:

1. Plaintiff fails to state a claim based on the Sherman Act § 2 because the Complaint does not sufficiently allege anticompetitive conduct or monopoly power with respect to an eye health dietary supplement market, because the Complaint does not sufficiently allege a conspiracy between the defendants or an overt act in furtherance of such a conspiracy, because the Complaint does not plausibly allege an antitrust injury, and because B&L's patent lawsuit against Pharmavite is immune from antitrust challenge under the *Noerr-Pennington* doctrine;

2. Plaintiff's patent claims should be struck based on the first to file rule; and

3. Transfer under § 1404 or a stay pending resolution of the patent litigation in Delaware would preserve judicial resources and avoid the risk of inconsistent judgments between federal district courts.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Proposed Order filed concurrently herewith, the records and files in this action, and any other written or oral submissions that may be presented at or before the hearing on this Motion.

//
//
//

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 8, 2022.

Dated:  March 30, 2022     **AKIN GUMP STRAUSS HAUER & FELD LLP**

By:  */s/ Hyongsoon Kim*
Hyongsoon Kim
Corey W. Roush
Steven D. Maslowski
Andrew Holtman
J. Matthew Schmitten

*Attorneys for Defendant*
*Bausch & Lomb Incorporated*