René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA  90071
Telephone:   (213) 225-7171
Facsimile:    (213) 225-7151
E-mail:         rtatro@ttsmlaw.com
                    jmarkowitz@ttsmlaw.com

Raymond N. Nimrod (admitted *pro hac vice*)
Matthew D. Robson (admitted *pro hac vice*)
Laura Fairneny (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Ave., 22nd Floor
New York, NY  10010
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100
E-mail:         raynimrod@quinnemanuel.com
                    matthewrobson@quinnemanuel.com

Attorneys for Plaintiff Pharmavite LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHARMAVITE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BAUSCH & LOMB INCORPORATED, a New York corporation, and PF CONSUMER HEALTHCARE 1 LLC, a Delaware corporation;<br><br>Defendants. | Case No. 2:21-cv-09507 AB (MAAx)<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE PENDING DATES** |

The parties hereby inform the Court that they have reached an agreement in principle in settlement of this action, which will be documented in a written agreement. The parties, accordingly, request that the Court vacate all pending dates in this action, including the June 10, 2022 hearing on the motions to dismiss filed by defendants.

| | | |
|---|---|---|
| 1 | Dated:  April 26, 2022 | TATRO TEKOSKY SADWICK LLP |
| 2 | | |
| 3 | | By _____/s/ René P. Tatro_____ |
| 4 | | René P. Tatro, Esq.<br>Attorneys for Plaintiff Pharmavite LLC |
| 5 | Dated:  April 26, 2022 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 6 | | |
| 7 | | By _____/s/ Matthew D. Robson_____ |
| 8 | | Matthew D. Robson, Esq.<br>Attorneys for Plaintiff Pharmavite LLC |
| 9 | | |
| 10 | Dated:  April 26, 2022 | GIBBONS P.C. |
| 11 | | |
| 12 | | By _____/s/ J. Brugh Lower_____ |
| 13 | | J. Brugh Lower, Esq.<br>Attorneys for Defendant Bausch & Lomb Inc. |
| 14 | | |
| 15 | Dated:  April 26, 2022 | DECHERT LLP |
| 16 | | |
| 17 | | By _____/s/ Kevin Flannery_____ |
| 18 | | Kevin Flannery, Esq.<br>Attorneys for Defendant PF Consumer Healthcare 1 LLC |
| 19 | | |

## **SIGNATURE CERTIFICATION**

Pursuant to U.S. District Court for the Central District of California Local Rule 5-4.3.4(a)(2), I hereby certify that the other signatories hereto concur in the content of this document and have authorized the filing of this document.

| | | |
|---|---|---|
| 25 | Dated:  April 26, 2022 | TATRO TEKOSKY SADWICK LLP |
| 26 | | |
| 27 | | By _____/s/ René P. Tatro_____ |
| 28 | | René P. Tatro, Esq.<br>Attorneys for Plaintiff Pharmavite LLC |

1
JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE PENDING DATES

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2022, I electronically filed

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE PENDING DATES
(PF CONSUMER HEALTHCARE 1 LLC)**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to:

| | |
|---|---|
| J. Brugh Lower<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ  07102<br>jlower@gibbonslaw.com | *for Bausch & Lomb Incorporated* |
| Hyongsoon Kim<br>Akin Gump Strauss Hauer & Field LLP<br>4 Park Plaza, Suite 1900<br>Irvine, CA 92614<br>kimh@akingump.com | |
| Corey Roush<br>John M. Schmitten<br>Andrew Holtman<br>Akin Gump Strauss Hauer & Field LLP<br>2001 K. Street N.W.<br>Washington, DC 20006<br>croush@akingump.com<br>mschmitten@akingump.com<br>andy.holtman@akingump.com | |
| Steven D. Maslowski<br>Akin Gump Strauss Hauer & Field LLP<br>1735 Market Street, 12th Floor<br>Philadelphia, PA  19103-7501<br>smaslowski@akingump.com | |
| Kevin M. Flannery<br>Dechert LLP<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>kevin.flannery@dechert.com | *for PF Consumer Healthcare 1 LLC* |

                                                /s/ *Dawn Lewis*
                                                Dawn Lewis