JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMAVITE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BAUSCH & LOMB INCORPORATED, a New York corporation, and PF CONSUMER HEALTHCARE 1 LLC, a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-09507 AB (MAAx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. The Motions to Dismiss (Dkt. Nos. 47, 49) are moot and on that basis are denied without prejudice. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 27, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.